# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

AUG 7 2012

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>BLAS GONZALES,<br><br>      Defendant. | CASE NO. 12-cr-02262-AJB<br><br>**JUDGMENT OF DISMISSAL** |

  IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

___   the Court has granted the motion of the Government for dismissal, without prejudice; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

**X**   of the offense(s) as charged in the Indictment/Information:

  21:952 and 960 - Importation of Marijuana (1)

  IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 8/2/12

Ruben B. Brooks
U.S. Magistrate Judge